Ross v Northeast Diversification, Inc. (2023 NY Slip Op 05946)

Ross v Northeast Diversification, Inc.

2023 NY Slip Op 05946

Decided on November 17, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 17, 2023

PRESENT: SMITH, J.P., CURRAN, BANNISTER, AND OGDEN, JJ. (Filed Nov. 17, 2023.) 

MOTION NO. (415/23) CA 22-00884.

[*1]JOSEPH A. ROSS, PLAINTIFF-RESPONDENT, 
v
NORTHEAST DIVERSIFICATION, INC., AND HAMBURG CENTRAL SCHOOL DISTRICT, DEFENDANTS-APPELLANTS. NORTHEAST DIVERSIFICATION, INC., AND HAMBURG CENTRAL SCHOOL DISTRICT, THIRD-PARTY PLAINTIFFS-RESPONDENTS-APPELLANTS, E.J. MILITELLO CONCRETE, INC., THIRD-PARTY DEFENDANT-APPELLANT-RESPONDENT.

MEMORANDUM AND ORDER
Motion for reargument or leave to appeal to the Court of Appeals denied.